IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHEGAN LAKE MOTORS, INC.<br><br>   *Plaintiff,*<br> v.<br><br>THOMAS MAOLI, CELEBRITY AUTO of MOHEGAN LAKE, LLC,<br><br>   *Defendants/Third Party Plaintiffs,*<br> v.<br><br>BARRY ROST and WILLIAM ROST,<br><br>   *Third Party Defendants.* | Civil Action No. 7:16-cv-6717(NSR)(LMS)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12/20/2022 |

## ORDER SEALING A PORTION OF THE RECORD

Upon consideration of the motion of defendants Thomas Maoli and Celebrity Auto of Mohegan Lake, LLC (collectively "Defendants") for an Order permitting the sealing of Exhibit "M" to the Declaration of Jarod G. Taylor (ECF No. 110-13), and with the consent of Plaintiff, it is hereby,

ORDERED that Celebrity's motion to seal ECF No. 110-13 is GRANTED, and it is

ORDERED that, with the agreement of Plaintiff, Exhibit "M" to the Declaration of Jarod G. Taylor, filed at ECF No. 110-13, shall be placed under seal.

The Clerk of the Court is kindly directed to terminate the motion at ECF No. 173.

Dated: December 20, 2022
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE