UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2023
```

MOHEGAN LAKE MOTORS, INC.,

        Plaintiff/Third-Party Defendant

-against-

THOMAS MAOLI, and CELEBRITY AUTO of MOHEGAN LAKE, LLC,

        Defendants/Third-Party Plaintiffs

-against-

BARRY ROST and WILLIAM ROST

        Third-Party Defendants.

No. 16-CV-6717 (NSR)
OPINION & ORDER

NELSON S. ROMÁN, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated on or before March 9, 2023. The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

Dated:   February 7, 2023
         White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge